# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAIBOU ADAMOU MADI,<br><br>Petitioner,<br><br>v.<br><br>ANDREWS, et al.,<br><br>Respondents. | No. 1:26-cv-01095 JLT SKO (HC)<br><br>A File: 221-390-278<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH A BOND HEARING, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br>(Doc. 10) |

Chaibou Adamou Madi is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241..

On March 10, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition. (Doc. 10.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 10.) On March 31, 2026, Petitioner filed a statement of non-opposition. (Doc. 11.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on March 24, 2026, (Doc. 10), are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **GRANTED**.

3. Respondents are **SHALL** provide Petitioner with a bond hearing before an Immigration Judge **within 14 days** where the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community.

4. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

UNITED STATES DISTRICT JUDGE

2